MMM Form 7 (Effective 5/17)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>NANCY ANN PADILLA,<br><br><br>Debtor(s). | Chapter 13 Proceedings<br>Case No. 4:20-bk-01538 BMW<br>**INTERIM REPORT OF MORTGAGE MODIFICATION MEDIATION PROGRAM MEDIATOR** |

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. The initial MMM conference was conducted on <u>N/A</u> and the following parties were present:

☒ The Debtor [and Debtor's attorney], <u>Nancy A. Padilla; Matthew Thomas Foley, Esq.</u>

☐ The co-obligor/co-borrower/or other third party, _____

☒ The Lender's representative, <u>Julio Esparza; PennyMac Loan Services</u>

and Lender's attorney, <u>Tiffany & Bosco</u>

☐ Other: _____

1

B. The initial MMM conference was scheduled for _____, but not conducted for the following reason:

- [ ] The parties settled prior to attending.
- [ ] The case was dismissed.
- [ ] The Debtor or [ ] Debtor's attorney failed to attend.
- [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
- [ ] Other: _____.

C. The result of the initial MMM conference is as follows:

- [■] The parties reached a Trial Loan Modification agreement.
- [ ] Other: _____

Respectfully submitted this  5th  day of _____June_____, 20 20 .

/s/ Patricia Doyle-Kossick, 010217
Signature of Mediator

Patricia Doyle-Kossick
Print Name

Address:   4500 S. Lakeshore Drive, Suite 320
           Tempe, AZ 85282

Telephone: 480-222-0291
Email:     pdk@pdklawfirm.com